

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00772-CV

**IN RE** Jeffrey **SORRELL, M.D.** and Sound Inpatient Physicians of Texas
d/b/a Sound Physicians of Texas

No. 04-17-00773-CV

**IN RE VHS SAN ANTONIO PARTNERS, LLC**
d/b/a Northeast Baptist Hospital

Original Mandamus Proceedings[1]


**ORDER**


Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Irene Rios, Justice

On November 22, 2017, and November 27, 2017, relators filed petitions for writs of mandamus. The court has considered the petitions and is of the opinion relators are not entitled to the relief sought. Accordingly, the petitions are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 29, 2017.

_____
Irene Rios, Justice

---

[1] These proceedings arise out of Cause No. 2016-CI-07398, styled *Mary Alice Staton, Individually, and as Next Friend for A.K.P., a Minor, and as Representative of the Estate of Lakara Staton, Deceased v. VHS San Antonio Partners, LLC d/b/a Northeast Baptist Hospital, et al.*, pending in the 225th Judicial District Court, Bexar County, Texas. These proceedings challenge orders signed by the Honorable David A. Canales and the Honorable Laura Salinas.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court